JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

XIAOXUE SHENG,
Petitioner,
v.
JAMES JANECHA, et al.,
Respondents.

No. 5:26-cv-04398-BFM

**JUDGMENT**

Pursuant to the Order Denying Petition (ECF 10), IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Petition (ECF 1) is denied without prejudice. The Court directs the Clerk of Court to close this case.

DATED: August 14, 2026

HON. BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE